**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**UNITED STATES OF AMERICA,**

v.

Case No. 7:10-CR-11 (HL)

**IMAD ATA SIHWAIL,**

Defendant.

**ORDER**

This case will set for trial during the Court's January term, which is scheduled to begin on January 17, 2012. The Court is cognizant of the fact that new counsel was just appointed for Defendant. For that reason, the Court is giving notice now that the case will be on the next trial calendar. Defense counsel is directed to do whatever is necessary to prepare the case for trial, as the case will not be continued again. The Government is ordered, if it has not done so already, to produce all discovery materials to defense counsel instanter, but in any event no later than November 9, 2011. Defendant's former counsel, Christina Hunt, is also ordered to transfer her file to Defendant's new counsel immediately, but in any event no later than November 9, 2011.

The Clerk of Court is directed to serve a copy of this Order on Christina Hunt at the Federal Defenders' office. Counsel are directed to contact the Court immediately if any problems with complying with this Order arise.

This Order should also be filed in Case No. 7:11-CR-41 and Case No. 7:11-CR-42.

**SO ORDERED**, this the 27th day of October, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh